IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMES C. JONES                                                                                    PLAINTIFF

V.                                                                                    NO. 4:10CV136-D-D

CHRISTOPHER EPPS, et al.                                                             DEFENDANTS

## FINAL JUDGMENT

The plaintiff, proceeding pro se, filed this complaint pursuant to 42 U.S.C. § 1983. Following a hearing held pursuant to *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985), the Magistrate Judge submitted a report recommending the dismissal the complaint. The plaintiff has filed objections to the report and recommendation.

The court finds that for reasons stated in the Report and Recommendation dated April 6, 2011, the plaintiff's objections are not well taken.

THEREFORE, it is hereby ORDERED that

(1) the plaintiff's objections to the Report and Recommendation of the United States Magistrate Judge are OVERRULED;

(2) the Report and Recommendation (docket entry 15) is APPROVED and ADOPTED as the opinion of this court;

(3) the complaint is dismissed for the plaintiff's failure to state a claim; and

(4) this matter is CLOSED.

SO ORDERED, this the 15th day of June, 2011.

_____
SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI